UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARMONY V. PEDDY | CIVIL ACTION |
| VERSUS | NO. 18-1625 |
| AARON'S INC. | SECTION "R" (2) |

## JUDGMENT

Considering the Court's Order and Reasons[1] and the parties' joint Stipulation of Dismissal[2] on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendant dismissing the claims in plaintiff's petition for damages[3] with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of defendant on its counterclaim against plaintiff for breach of contract.  Defendant may recover as damages its attorneys' fees and costs incurred in defending plaintiff's claims.  Defendant's counterclaim for indemnification and duty to defend against plaintiff is dismissed.

New Orleans, Louisiana, this __7th__ day of March, 2019.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 20.
[2] R. Doc. 21.
[3] R. Doc. 1-1.